# RULE 66. DISCRETIONARY REVIEW IN GENERAL

67,748-05,06,07,08

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**MAR 16 2015**

**Abel Acosta, Clerk**

# RULE 66.1. WITH OR WITHOUT PETITION

The Court of Criminal Appeals may review a court of appeals' decision in a criminal case on its own initiative under Rule 67 or on the petition of a party under Rule 68.

## RULE 662. NOT A MATTER OF RIGHT

Discretionary review by the Court of Criminal Appeals is not a matter of right, but of the Court's direction.

# Rule 66.3. Reasons for Granting Review

While neither controlling nor fully measuring the Court of Criminal Appeals' discretion, the following will be considered by the Court in deciding whether to grant discretionary review:

(a) whether a court of appeals' decision conflicts with another court of appeals' decision on the same issue;

(b) whether a court of appeals has decided an important question of state or federal law that has not been, but should be, settled by the Court of Criminal Appeals;

(c) whether a court of appeals has decided an important question of state or federal law, in a way that conflicts with the applicable decisions of the Court of Criminal Appeals or the Supreme Court of the United States;

(d) whether a court of appeals has declared a statute, rule, regulation, or ordinance unconstitutional, or appears to have misconstrued a statute, rule, regulation, or ordinance;

(e) whether the justices of a court of appeals have disagreed on a material of question of law necessary to the court's decision; and

(f) whether a court of appeals has so far departed from the accepted and usual course of judicial proceedings, or so far sanctioned such a departure by a lower court, as to call for an exercise of the Court of Criminal Appeals' power of supervision.

# RULE 66.4 DOCUMENTS TO AID DECISION

(a) Acquiring Documents. The Court of Criminal Appeals—or any judge of the Court—may order the court of appeals clerk to promptly send the followings to the Court in order to aid it in deciding whether to grant discretionary review:

(1) the appellate record;

(2) a copy of the opinion of the court of appeals;

(3) a copy of the motions filed in the court of appeals; and

(4) certified copies of any judgment or order of the court of appeals.

(b) Return of Documents. If discretionary review is not granted, the clerk of the Court of Criminal Appeals will return the appellate record to the court of appeals clerk.